IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RHONDA LANE                                                                                                    PLAINTIFF

v.                                            NO. 4:14CV00447 JLH

PRA III, LLC; and PORTFOLIO
RECOVERY ASSOCIATES, INC.                                                                         DEFENDANTS

## ORDER OF DISMISSAL

Plaintiff's motion for dismissal is GRANTED. Document #2. This action is hereby dismissed in its entirety with prejudice.

IT IS SO ORDERED this 2nd day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE